CY BUTLER v. THE STATE.

No. 3318.     Decided January 24, 1906.

**Local Option—Caption of Charge—Name of Defendant.**

Where upon a trial for a violation of the local option law, the court's charge in the caption read, "The State of Texas v. L. C. Cole," instead of "Cy Butler" (Cole being the prosecuting witness and Butler the defendant), but in the body of the charge the word "defendant" is used and the name of L. C. Cole is given as the party to whom the whisky was sold, there was no error.

Appeal from the County Court of Collin. Tried below before Hon. F. E. Wilcox.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $50 and thirty days confinement in the county jail.

The opinion states the case.

No brief for appellant has reached the hands of the Reporter.

*Howard Martin,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—This conviction is for violating the local option law. There is no statement of facts in the record. Appellant insists the case should be reversed because the caption of the charge reads: "The State of Texas v. L. C. Cole," instead of "Cy Butler." L. C. Cole was the prosecuting witness, and to whom appellant is alleged to have sold the intoxicant. In the body of the charge the word "defendant" is used, and the name of L. C. Cole is given as the party to whom the intoxicant was sold. There is nothing in the charge of the court to have mislead the jury in the particular complained of, and we are of opinion that the clerical error of placing L. C. Cole instead of Cy Butler's name at the beginning of the charge did not injure defendant in any way. The defendant was Cy Butler, and the jury evidently understood such to be the case. No error is manifest in this record requiring a reversal, and the judgment is affirmed.

*Affirmed.*